# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **DOREEN GRAY,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | **CIVIL NO. 2:10-CV-467-DBH** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **DEFENDANT** ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On October 31, 2011, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision on Defendant's Motion for Partial Judgment on the Pleadings and Plaintiff's Motion to Amend Complaint.  On November 17, 2011, the plaintiff's counsel filed a notice that the plaintiff has no objection to the Recommended Decision.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.  The defendant's motion for judgment on the pleadings as to Count III is **GRANTED**.  The plaintiff's motion to amend complaint is **DENIED**.

**SO ORDERED.**

**DATED THIS 18TH DAY OF NOVEMBER, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**